UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Sheikh Bilaal Muhammad Arafat, | Case No. 22-cv-0370 (WMW/JFD) |
| Petitioner, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Jeffrey Fikes, *Warden FCI-Sandstone*, | |
| Respondent. | |

---

Before the Court is the October 12, 2022 Report and Recommendation (R&R) of United States Magistrate Judge John F. Docherty. (Dkt. 24.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The October 12, 2022 Report and Recommendation, (Dkt. 24), is **ADOPTED**.

2. Petitioner Sheikh Bilaal Muhammad Arafat's petition for writ of habeas corpus, (Dkt. 1), is **DENIED**.

3. This matter is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 10, 2023     s/Wilhelmina M. Wright
                            Wilhelmina M. Wright
                            United States District Judge